To whom it may concern,

I am writing in support of Kevin Huntspon in reference to his character. I can not express to you the difference I have witnessed Kevin make in our community. I have known Kevin very well professionally for around 5 years. I make a point to surround myself with people who care about the community, spend time giving back and making a difference, and who pride themselves on their character, integrity and service. Kevin is someone people want to be around. His willingness to teach, encourage and support local business owners has touched my heart many times. I realize that Kevin is human, and that we are all capable of making mistakes, but I ask for your mercy in your judgement.

I know Kevin well, and am keenly aware that even the possibility that someone may think of him as having anything shy of the upmost integrity is devastating. The minute I heard this accusation I picked up the phone. While I would normally stay out of peoples personal business, I knew Kevin too well not to step up on his behalf.

It is my understanding that he has lost his career due to this accusation. I am a firm believer that we all have to live with the consequences of our choices and mistakes. I only hope that you will see that the humiliation and career loss is certainly punishment enough for such an innocent misjudgment. Please feel free to contact me if I can support your decision in any way.

Sincerely,

Ashley Nanney
Owner/ Founder
Feed Your Vitality, LLC

# Jubilee Community Church
*"Where God and People are Loved"*



October 25, 2015

RE:  Kevin Huntspun

To Whom It May Concern,

My name is Leroy Gill Jr, Senior Pastor of Jubilee Community Church in St. Louis, Missouri.  At the request of Mr. Kevin Huntspun I have decided to compose this character letter for Kevin. I have been Kevin's pastor for 15 years.  In addition to being his pastor he's a personal friend.

I have always known Kevin to be an honest, hardworking, family oriented man.  He is dedicated to both his church and community.  There has never been an occasion that I have asked Kevin to complete a task that he has not completed it.   He planned and coordinated the purchase of our industrial kitchen.  He also planned and prepared for activities related to church events.  Kevin was responsible for handling church monies and funds.  At no time was there ever a discrepancy involving his handling of funds.

I am aware of the alleged charges that Kevin currently faces and wanted to provide this character letter. I find these charges very difficult to believe based on my personal and church relationship. We are praying that all will go well for him and his family that he will be exonerated and his reputation restored.

Most Sincerely,

*Leroy Gill Jr.*

Pastor Leroy Gill Jr

Leroy Gill, Jr. ~ Senior Pastor
4231 N. Grand Blvd. • St. Louis, MO 63107 • Phone (314) 533-5400 • Fax (314) 533-4505 • www.jubilee-stl.org

# Jubilee Community Church
*"Where God and People are Loved"*



October 25, 2015

RE:  Kevin Huntspun

To Whom It May Concern,

My name is Leroy Gill Jr, Senior Pastor of Jubilee Community Church in St. Louis, Missouri.  At the request of Mr. Kevin Huntspun I have decided to compose this character letter for Kevin.  I have been Kevin's pastor for 15 years.  In addition to being his pastor he's a personal friend.

I have always known Kevin to be an honest, hardworking, family oriented man.  He is dedicated to both his church and community.  There has never been an occasion that I have asked Kevin to complete a task that he has not completed it.   He planned and coordinated the purchase of our industrial kitchen.  He also planned and prepared for activities related to church events.  Kevin was responsible for handling church monies and funds.  At no time was there ever a discrepancy involving his handling of funds.

I am aware of the alleged charges that Kevin currently faces and wanted to provide this character letter. I find these charges very difficult to believe based on my personal and church relationship. We are praying that all will go well for him and his family that he will be exonerated and his reputation restored.

Most Sincerely,

*Leroy Gill Jr.*

Pastor Leroy Gill Jr

# Jubilee Community Church
*"Where God and People are Loved"*



October 25, 2015

RE: Kevin Huntspun

To Whom It May Concern,

My name is Leroy Gill Jr, Senior Pastor of Jubilee Community Church in St. Louis, Missouri. At the request of Mr. Kevin Huntspun I have decided to compose this character letter for Kevin. I have been Kevin's pastor for 15 years. In addition to being his pastor he's a personal friend.

I have always known Kevin to be an honest, hardworking, family oriented man. He is dedicated to both his church and community. There has never been an occasion that I have asked Kevin to complete a task that he has not completed it. He planned and coordinated the purchase of our industrial kitchen. He also planned and prepared for activities related to church events. Kevin was responsible for handling church monies and funds. At no time was there ever a discrepancy involving his handling of funds.

I am aware of the alleged charges that Kevin currently faces and wanted to provide this character letter. I find these charges very difficult to believe based on my personal and church relationship. We are praying that all will go well for him and his family that he will be exonerated and his reputation restored.

Most Sincerely,

*Leroy Gill Jr.*

Pastor Leroy Gill Jr

---

Leroy Gill, Jr. ~ Senior Pastor
4231 N. Grand Blvd. • St. Louis, MO 63107 • Phone (314) 533-5400 • Fax (314) 533-4505 • www.jubilee-stl.org

October 25, 2015

To Whom It May Concern:

My name is Andy Krumsieg and I have known Kevin Huntspon for almost 20 years. We have known each other as fellow church members, neighbors, business partners and simply friends. Through the years, we have shared many happy and fun kinds of experiences and various challenges as well. I was saddened to hear what Kevin has been accused of, but only know the short allegations that were made in the news in order to respect the legal process of law.

Kevin asked if I would be willing to write this letter and there is absolutely no hesitation on my part to write a character reference for Kevin. He has been a faithful father and husband in his family for over 2 decades. He has been a helpful neighbor, by keeping his property in tip top condition as well as helping his neighbors around him, especially those more vulnerable and less fortunate than he and his family! He has served voluntarily countless hours within the context of our church using his gifts of food preparation for all kinds of occasions.

He and I have worked side by side hundreds of hours restoring two different houses in our community that were very run down, one actually had been abandoned. I do not know the ramifications of Kevin's "indictment" and I do not know if he is guilty of the accusation. What I do know about Kevin is that his pattern of life and the character of his heart is one of serving, sharing and helping those around him if it is within his power to do it and often at inconvenience to himself.

Through the years he has been a model of hard work, dedication, excellence and professionalism in the various jobs he has held. I hope and pray that Kevin is not proven guilty of whatever the allegations are and that he can simply be done with this challenge in his life. If for some reason, he is proven guilty, I would ask and plead with the court to treat him in a restorative way rather than a punitive manner.

If for some reason, you would like any further character reference or information from me, I would be more than glad to cooperate. My phone number is 518-0419 and my email is stlandy@aol.com. Thank you for your service to our community.

Sincerely,

Andy Krumsieg

Andy Krumsieg

3514 Hebert

St. Louis, MO. 63107

Jubilee Community Church and

Jubilee Christian Development Corporation

October 24, 2015

To whom it may concern,

I am writing this letter to recommend Mr. Kevin Huntspon for any position within an organization that calls for professionalism, critical thinking, effective communication and organization.

I had the pleasure of meeting Kevin over 9 years ago when I attained a position as an inspector for the City of St. Louis. Kevin was the person responsible for my training, both on regulations and in the field. He demonstrated the skills of being an effective teacher as I was introduced to the requirements for the position. He also taught me the skills necessary to interact with proprietors in a personable yet professional manner. I consistently observed his jovial personality put people at ease and understanding as he performed a thorough inspection including education regarding requirements necessary to gain compliance with City ordinances. I learned many effective approaches to situations in order to become an effective, respected inspector. For that, I am grateful.

He has a well-earned respect in the restaurant community due understanding the needs of the proprietor. Although an inspector, I observed people contacting him for his knowledge regarding food safety and culinary arts. As a retired Chef, he is able to understand situations from their perspective. If there is ever a challenging situation in a restaurant, Kevin is by far the best person to ask for a solid, reliable answer because of his ability to think critically about the challenge and provide the best advice in order to meet the needs of the proprietor as well as assure their ability to meet City requirements.

Kevin Huntspon can talk to anyone. He is effective in communicating with diverse populations and in different settings. His communication skills were sought after by culinary schools as well as the community at large. His ability to put his audience at ease and understanding of people allows him to address them in a way that they are best able to understand, and is often accompanied by just enough humor to make some less desirable conversation, such as a downgrade for a restaurant, more palatable.

Kevin has solid organizational and time management skills. As a new inspector, he taught me how to assess and prioritize work assignments in a

way that allowed me to effectively manage my workload and consistently meet deadlines. He taught me how to perform standardized inspections in a manner that assured all areas of concern were addressed and documented as well as how to maintain a manageable timeline for work completion. It has been of great benefit to me to have had the opportunity to know Kevin Huntspon. I have learned a lot from him through demonstration of his character, integrity and knowledge. He is a positive, hard working team member who would be an asset to any organization

Respectfully,

Shontae Fluelen-Hays

Dear Sir or Madam,

Hello. I am writing in reference to Kevin Huntspon, who is appearing before your court.

While Kevin asked me to write a character reference letter, but the truth is that I was already planning on doing so before the request. I feel strongly about Kevin, and about his future, and I want to try to make you feel the same way.

Kevin is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have known Kevin professionally for many years and he is an upstanding character. Kevin has performed his role as inspector with the upmost professionalism.

I certainly believe that losing your career after many years of dedicated, professional service to the community is punishment enough for what Kevin has been accused of.

Thank you,

*[signature]*

Paul Pointer

Owner Lemp Stables, Inc.

**DONNA BRADLEY**
3928 Sullivan Avenue
St. Louis, MO 63107
donnaobradley@gmail.com
314-229-7803

Dear Sir or Madam:

    I have had the privilege of knowing Kevin Huntspon in various capacities, including personal and professional, for 17 years. In a personal capacity, our families have worshipped together, raised our kids together, and vacationed together. We have encouraged and supported one another when the circumstances required.

    Professionally, I worked with Kevin in his capacity as a Master Chef, observing his amazing creativity and his passion for excellence. In this capacity, I benefited from his ability to teach others proper food handling and preparation. He settled for nothing less than excellence.

    It is without hesitation that I state that in all the years that I have known him, I have observed nothing in his character or conduct other than honesty, integrity, and forthrightness. I view him as an outstanding man in both personal and professional capacities.

Sincerely,

Donna Bradley, JD, MSCJ, ABD (Public Safety/Criminal Justice)
314-229-7803

Charles P. Stanley Cigar Co.

1000 Washington Ave, Suite C

St. Louis, Mo. 63101

To Whom it May Concern:

I am writing this letter on behalf of our former Health Inspector, Mr. Kevin Huntspon. Kevin was an intregal part of the success of our Cigar Lounge open in March of 2011. He was always available and helpful in navigating the new Smoking Exemption laws that the Health Department had implemented in January 2011. He was often around to assure us and assist us to meet all applicable laws in order that we may resurrect a 140 year old business. In fact, without his guidance it would have been extremely more frustrating and maybe not possible for us to make certain we were on the right path.

Thanks in part to Kevin's leadership and knowledge of the new Health Care Law we were able to not only meet all necessary requirements from The Health Department but to grow our business.

Best,

Kevin O. Stanley

Owner



To whom it may concern,

This letter is to verify and speak on the character of Kevin Huntspon. Over the course of three years with Snarfs sandwiches Kevin has continually exceeded the expectations we have set forth. His ability to maintain professionalism and keep flexibility with the needs of all the locations is very welcome. If you have any need to contact me further to speak on his behalf please feel free to contact me at any time.

Sincerely,
Louis Quigle